```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ALPARI (US) LLC,                           :
                              Plaintiff,       :
         -against-                             :
    BNP PARIBAS, S.A.,                         :    17 Civ. 5278 (LGS)
                              Defendant.       :
------------------------------------------------------------X        ORDER

------------------------------------------------------------X
    ALPARI (US) LLC,                           :
                              Plaintiff,       :
         -against-                             :
    CREDIT SUISSE GROUP AG, et al.,            :    17 Civ. 5282 (LGS)
                              Defendants.      :
------------------------------------------------------------X
------------------------------------------------------------X
    ALPARI (US) LLC,                           :
                              Plaintiff,       :
         -against-                             :
    ROYAL BANK OF SCOTLAND GROUP PLC,          :    17 Civ. 5284 (LGS)
    et al.,                                    :
                              Defendants.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on April 12, 2018. For the reasons stated in the conference, it is hereby

**ORDERED** that Defendants' motion to compel arbitration is **GRANTED**.

The Clerk of Court is respectfully directed to close the motions at Case No. 17 Civ. 5278, Docket No. 40; Case No. 17 Civ. 5282, Docket No. 48; and Case No. 17 Civ. 5284, Docket No. 41; and to stay these three cases.

Dated: June 12, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**