```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALPARI (US) LLC,                                            :
                              Plaintiff,                    :
                                                            :   17 Civ. 5278 (LGS)
              -against-                                     :
                                                            :
BNP PARIBAS, S.A.,                                          :
                              Defendant.                    :
------------------------------------------------------------ X
ALPARI (US) LLC,                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :   17 Civ. 5282 (LGS)
                                                            :
CREDIT SUISSE GROUP AG, et al.,                             :
                              Defendants.                   :
------------------------------------------------------------X
ALPARI (US) LLC,                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :   17 Civ. 5284 (LGS)
                                                            :
ROYAL BANK OF SCOTLAND GROUP PLC, et:
al.,                                                        :
                              Defendants.                   :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

# ORDER

WHEREAS, on June 12, 2018, the Court issued an Order granting Defendants' motion to compel arbitration and staying the above captioned cases. It is hereby

**ORDERED** that, on **August 5, 2021, and every sixty days thereafter**, the parties shall file a status letter apprising the Court of the status of arbitration proceedings.

Dated: July 23, 2021
      New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE