**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALPARI (US), LLC, | ) |
| Plaintiff, | ) |
| v. | )    No. 1:17-cv-05278-LGS |
| BNP PARIBAS, S.A. *et al.*,  ) | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice against defendant BNP Paribas, S.A. Voluntary dismissal is proper because: (1) Defendant has not filed an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class, as the court has not considered or certified any class in this litigation thus far. All parties to this litigation shall bear their respective costs.

Respectfully submitted,

Dated: August 5, 2021
So Ordered.

Dated: August 6, 2021
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

 */s/ George A. Zelcs*
George A. Zelcs
Randall P. Ewing, Jr.
KOREIN TILLERY LLC
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751

1

gzelcs@koreintillery.com
rewing@koreintillery.com

Christopher M. Burke
SCOTT+SCOTT, ATTORNEYS AT LAW,
LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
cburke@scott-scott.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/ George A. Zelcs*
George A. Zelcs
KOREIN TILLERY LLC
205 N. Michigan Ave., Suite 1950
Chicago, IL 60606
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Counsel for Plaintiff*